**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 21 2022

JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

Certificate Number: 20102-ILN-CC-036917257

20102-ILN-CC-036917257

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 20, 2022</u>, at <u>1:42</u> o'clock <u>PM EDT</u>, <u>Margaret Clarke</u> received from <u>1stopbk.com Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: October 20, 2022

By: /s/Marcy Walter

Name: Marcy Walter

Title: President-Manager

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).